

# Fourth Court of Appeals
## San Antonio, Texas

February 16, 2023

No. 04-22-00505-CR

Jorge **IZQUIERDO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR10739
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

Appellant's brief was due on February 13, 2023. Appellant has filed a second motion for extension of time and seeks a thirty-day extension. After consideration, we GRANT the motion and ORDER appellant to file his brief by March 15, 2023. Further requests for extension of time will be disfavored absent extenuating circumstances.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of February, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court